Case 2:18-cv-00144   Document 25   Filed on 07/11/19 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO CARDENAS-LIRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00144 |
| | § | |
| CHARLES A. BANKER III, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Jose Fernando Cardenas-Lira, a federal prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 in May 2018 (D.E. 1). In June 2018, the undersigned issued a Memorandum and Recommendation ("M&R") recommending that: (1) Cardenas-Lira's complaint be dismissed as frivolous; (2) a $100 sanction be imposed; and (3) Cardenas-Lira be barred from filing any civil actions in this Court without first satisfying the monetary sanction imposed and obtaining the permission of a district court or magistrate judge to proceed. (D.E. 12 at 8-9). The district court adopted the M&R over Cardenas-Lira's objections. (D.E. 19 at 1). Cardenas-Lira has now filed a notice of appeal to the Fifth Circuit (D.E. 21) and a motion to proceed *in forma pauperis* on appeal (D.E. 23).

It is recommended that Cardenas-Lira's motion to proceed *in forma pauperis* on appeal (D.E. 23) be DENIED because the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). As recounted in more detail in the undersigned's initial M&R (D.E. 12), District Judge Hayden Head previously warned Cardenas-Lira about making

frivolous filings related to his criminal conviction.  (*See* Case No. 2:15-CR-128-1, D.E. 70 at 2-3).  In response to Judge Head's warning, Cardenas-Lira properly filed a 28 U.S.C. § 2255 motion, but he also filed two frivolous § 1983 actions, including this one, that challenged his conviction.  (*See* Case No. 2:18-cv-00184).  Cardenas-Lira has not shown that he seeks appellate review of any issue that is not frivolous, which he must do to show that his appeal is in good faith.  *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).  Further, it is recommended that the Court impose an additional $250.00 sanction because, despite the previous warnings, Cardenas-Lira continues to make frivolous filings.  *See In re Stone*, 986 F.2d 898, 902 (5th Cir. 1993) (indicating that a court may levy sanctions where a *pro se* litigant has a history of submitting multiple frivolous claims).

    Respectfully submitted this 11th day of July, 2019.

                                                  B. JANICE ELLINGTON
                                                  UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).